UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

CHARLIE HERNANDEZ,

               Defendant.

**NOTICE OF INTENT TO FILE AN INFORMATION**

**24 CRIM 447**

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett is recused from this matter.

Dated: New York, New York
       July 12, 2024

                                 DAMIAN WILLIAMS
                                 United States Attorney

                  By: _____
                       Benjamin A. Gianforti
                       Assistant United States Attorney

                 AGREED AND CONSENTED TO:

                 By: *Christopher Wright*
                      Christopher Wright, Esq.
                      Attorney for Charlie Hernandez