UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLIE HERNANDEZ,<br><br>Defendant. | **WAIVER OF INDICTMENT**<br><br>24 Cr. **447** |

     The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1960 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
CHARLIE HERNANDEZ
Defendant

_____
Witness

_____
Christopher Wright, Esq.
Attorney for Defendant

Dated: New York, New York
     July 25, 2024